IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WARREN LEE BOWIE,

      Petitioner,                    No. CIV-S-06-0777 FCD KJM P

   vs.

TOM L. CAREY, et al.,

      Respondents.             ORDER

_____/

      Respondents have requested an extension of time to file a response to petitioner's application for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Respondents' January 30, 2007 request for an extension of time is granted; and

      2. Respondents' are granted thirty days from the date of this order in which to file a response to petitioner's application for writ of habeas corpus. Petitioner's response shall be filed thirty days thereafter.

DATED: February 6, 2007.

_____
U.S. MAGISTRATE JUDGE

1
bowi0777.111