IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WARREN LEE BOWIE,

    Petitioner,            No. CIV-S-06-0777 FCD KJM P

  vs.

TOM L. CAREY, et al.,

    Respondents.          ORDER

_____/

        Petitioner has requested an extension of time to file his traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's April 10, 2007 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file his traverse.

DATED: April 24, 2007.

_____
U.S. MAGISTRATE JUDGE

1
bowi0777.111